UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED CAPITAL INVESTMENTS, LLC; PRO STAR SAFETY INC.,<br><br>  Defendants. | Case No. 5:21-cv-00276-MAA<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

## ORDER DISMISSING ACTION WITH PREJUDICE

On July 29, 2022, Plaintiff Raul Uriarte-Limon filed a Notice of Indication of Mootness in the above-captioned action ("this action"). (ECF No. 54.) The Court issued an Order to Show Cause why this action should not be dismissed without prejudice as moot on August 2, 2022. (ECF No. 55.) Plaintiff responded to the Order to Show Cause on August 22, 2022, in which he submitted on the "issue of the Court dismissing the remainder of the case with prejudice." (Pl. Resp. OSC, ECF No. 58.)

The Court hereby ORDERS as follows:

This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED.**

Dated: August 31, 2022

HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE