JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>  Plaintiff,<br>   v.<br><br>UNITED CAPITAL INVESTMENTS, LLC; PRO STAR SAFETY INC.,<br>  Defendants. | Case No. 5:21-cv-00276-MAA<br><br>**JUDGMENT** |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: August 31, 2022

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE